STATE OF CONNECTICUT *v.* JOSHUA C. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 600 (AC 16374), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Richard T. Meehan, Jr.,* in support of the petition.

*Judith Rossi,* senior assistant state's attorney, in opposition.

Decided October 16, 1997

CONNECTICUT RESOURCES RECOVERY AUTHORITY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 566 (AC 16526), is denied.

*Douglas A. Cho,* in support of the petition.

*Albert G. Vasko,* corporation counsel, and *Peter C. Herbst,* in opposition.

Decided October 16, 1997

CONNECTICUT RESOURCES RECOVERY AUTHORITY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 566 (AC 16528), is denied.

*Douglas A. Cho,* in support of the petition.

*Albert G. Vasko,* corporation counsel, and *Peter C. Herbst,* in opposition.

Decided October 16, 1997

CONNECTICUT RESOURCES RECOVERY AUTHORITY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF TORRINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 563 (AC 16529), is denied.

*Douglas A. Cho,* in support of the petition.

*Albert G. Vasko,* corporation counsel, and *Peter C. Herbst,* in opposition.

Decided October 16, 1997

CUMBERLAND FARMS, INC. *v.* TOWN OF GROTON

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 514 (AC 16735), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's claim for inverse condemnation was not ripe for review and, therefore, was properly dismissed by the trial court?"

The Supreme Court docket number is SC 15797.

*Michael A. Zizka,* in support of the petition.

*James F. Brennan, Jr.,* in opposition.

Decided October 16, 1997